John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                  :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------- x  Civil Action No.: 07CV01671
GONZALO NARANJO,
                                                                 :

                          Plaintiff(s),                          **NOTICE OF BATTERY PARK
                                                                 :    CITY AUTHORITY's
                                                                 **ADOPTION OF ANSWER TO
          -against-                                              :    MASTER COMPLAINT**

                                                                 :
BATTERY PARK CITY AUTHORITY, ET AL.

                          Defendant(s).                          :

------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan

Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
          September 25, 2007


1699786.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00227

By: _____
      John M. Flannery (JMF-0229)